### IN THE UNITED STATES DISTRICT COURT FOR THE
### WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| 1.  SHANNON B. NEALY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CIV-17-592-C |
| | ) | |
| 1.  THE CITY OF OKLAHOMA CITY, | ) | JURY TRIAL DEMANDED |
| et al., | ) | ATTORNEY LIEN CLAIMED |
| | ) | |
| Defendants. | ) | |

## JOINT STIPULATION OF PARTIAL DISMISSAL

Pursuant to Rule 41 (a) of the Federal Rules of Civil Procedure, Plaintiff, Shannon B. Nealy, hereby stipulates with Defendant the City of Oklahoma City that her negligence claim, as embodied in Count VII of her Amended Complaint [Doc. No. 9], shall be dismissed with prejudice.

Plaintiff further stipulates with Defendant the City of Oklahoma City that to the extent she stated a claim for punitive damages against the City of Oklahoma City in her Amended Complaint, said claim for punitive damages against the City of Oklahoma City, only, is withdrawn.

The parties shall bear their own costs and attorney fees as to these claims.

**RESPECTFULLY SUBMITTED THIS 20th DAY OF SEPTEMBER, 2017.**

s/Shannon C. Haupt
Jana B. Leonard, OBA #17844
Lauren W. Johnston, OBA # 22341
Shannon C. Haupt, OBA # 19822
Leonard & Associates, P.L.L.C.
8265 S. Walker
Oklahoma City, Oklahoma 73139
405-239-3800         (telephone)
405-239-3801         (facsimile)
leonardjb@leonardlaw.net
johnstonlw@leonardlaw.net
haupts@leonardlaw.net
*Attorneys for Plaintiff*

s/Brett M. Logan
*(signed with permission)*
Brett M. Logan, OBA #30629
Assistant Municipal Counselor
200 N. Walker, Suite 400
Oklahoma City, Oklahoma 73102
405-297-2451         (telephone)
405-297-3119         (facsimile)
brett.logan@okc.gov
*Attorney for Defendant City of Oklahoma City*